IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAS ARCHITECTS, INC., Plaintiff<br><br>vs.<br><br>CHRIS RAHN and CHRISTINE PASIEKA, Defendants | : No. 2:20-cv-01276-GJP<br>:<br>:<br>:<br>:<br>: |

# **ORDER**

AND NOW, this _____ day of _____, 2020, upon consideration of Plaintiff's Motion To Enforce Settlement And For Entry of Judgment [Doc. 19], Defendants' Response to the Motion to Enforce Settlement and for Entry of Judgment [Doc. 21], and Plaintiff's Reply to Defendant's Response [Doc. 22], it is hereby ORDERED that:

1. Plaintiff's Motion to Enforce Settlement and For Entry of Judgment is hereby GRANTED.

2. Judgment enforceable jointly and severally against Defendants Chris Rahn and Christine Pasieka and in favor of DAS Architects, Inc. is hereby ENTERED as follows:

    a. In the amount of Three Hundred and Fifty Thousand Seven Hundred Dollars ($350,700.00), reflecting the principal amount owed by Defendants of $350,000 under the Revised Settlement Agreement, plus $700.00 of interest at 6% on the first payment of $150,000.00 that Defendants failed to make on September 10, 2020, and,

    b. In the amount of the reasonable costs and expenses, including attorney fees, the amount of which is to be determined upon further application to the Court for same, associated with Defendants' breach of the original Settlement Agreement and the Revised Settlement Agreement along with any further "efforts or actions undertaken to obtain compliance" with the Revised Settlement Agreement and enforcement of the Judgment by

Plaintiff, and

        c.      Post Judgment interest at $57.50 per day starting on September 11, 2020 and continuing each day until the full amount of Judgment is satisfied.

     3.      Defendants shall provide full and complete responses to the Interrogatories and Requests for Production of Documents attached as Exhibit "A" to Plaintiff's Reply to Defendants' Response [doc. 21] within 15 days of the date of this Order or shall suffer sanctions upon further application to this Court.

     4.      Defendants Chris Rahn and Christine Pasieka shall make themselves available to be deposed within 30 days of the date of this Order or shall suffer sanctions upon further application to this Court.

                                  BY THE COURT:

                                                United States Magistrate Judge