# Exhibit "A"

# Part 4

*Bardsley, Benedict + Cholden, LLP*
By:   Steven G. Bardsley, Esquire – Attorney ID No. 69768
      Sean C. Ryan, Esquire – Attorney ID No. 209991
10 Valley Stream Parkway
Suite 201
Malvern, PA 19355
Telephone:   (215) 977-4133
Fax:         (866) 368-5234
E-Mail:      sbardsley@bbclawfirm.com
             sryan@bbclawfirm.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAS ARCHITECTS, INC., Plaintiff | : CIVIL ACTION NO. 20-1276 |
| | : |
| vs. | : |
| | : |
| CHRIS RAHN AND CHRISTINE PASIEKA, Defendants | : |
| | : |

**PLAINTIFF DAS ARCHITECTS, INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS FOR DISCOVERY OF ASSETS IN AID OF EXECUTION DIRECTED AT DEFENDANT CHRIS RAHN**

To:   **Chris Rahn**
      c/o Jon Taylor, Esquire
      Law Offices of Jon Taylor, Esquire
      1617 John F. Kennedy Blvd. – Suite 1838
      Philadelphia, PA  19103

Plaintiff, DAS Architects, Inc. by and through its attorneys, *Bardsley, Benedict + Cholden, LLP*, hereby serves the within Request for Production of Documents for Discovery of Assets in Aid of Execution Directed at Defendant, Chris Rahn pursuant to Federal Rule of Civil Procedure 69.

**INSTRUCTIONS**

1. The fact that an investigation is continuing or that discovery is not complete shall not constitute cause for failing to Answer any Request for the Production of Documents as fully as possible.

2. If You claim in Your Answer to any Request for the Production of Documents that any requested document is "privileged" or otherwise not subject to discovery pursuant to the Federal Rules of Civil Procedure, describe the document for which You claim privilege or protection and state the legal and factual basis for Your claim of privilege or protection.  Also,

identify by name, title, and business and home address of all custodians of the referenced document and copies thereof.

3.  If any document requested herein was formerly in Your possession, custody, or control and has been lost or destroyed, You are requested to submit in lieu of each document a written statement which:

    a.  Describes in detail the nature of the document and its contents;

    b.  Identifies the person who prepared or authored the document, and, if applicable, the person to whom the document was sent;

    c.  Specifies the date on which the document was prepared or transmitted or both; and,

    d.  Specifies, if possible, the date on which the document was lost or destroyed, and if destroyed, the conditions of, or reasons for, such destruction and the persons requesting and performing the destruction.

4.  The space provided after each Request for the Production of Documents should in no way limit Your Answer. If the space provided for Your Answer is inadequate, attach a separate sheet of paper so that a full and complete answer may be given.

## DEFINITIONS

1.  The terms "You", "Your", or other reference to anyone to whom these Requests for the Production of Documents are directed shall mean Defendant Chris Rahn.

2.  The terms "describe", "state", "state facts", "provide information" or similar instructions or terms shall mean to describe and state fully with all relevant details, by reference to underlying facts rather than ultimate facts, conclusions or generalities, and to particularize as to time, place and manner, unless the context indicates otherwise. Furthermore, said terms shall be deemed to include a request that You identify (as that term is defined below) all witnesses or other persons who possess any facts, knowledge or information which is embodied in the Answer to the Requests for the Production of Documents, and that You identify (as that term is defined below) each Document (as that term is identified below) which includes or refers to any facts, references or information set forth in the Answer to the Request for the Production of Documents, or on which You relied upon in whole or in part in preparing the Answer to the Request for the Production of Documents.

3.  The term "Document(s)" is used in the broadest possible sense and shall include without limitation, any written, recorded or graphic matter, however produced or reproduced, manually, mechanically, electronically, or otherwise, including but not limited to: correspondence, telegrams, notes or other written communications; notes of oral communications, telephone conversations, meetings or other notes recording any information or conversations; calendars, appointment books, logs, diaries, notebooks or similar materials; investigative files and

materials; contracts or agreements; memoranda; reports; studies; recordings, films, or video materials; computer print-out or media; tapes or cassettes; analyses; projections; work papers; orders; invoices; telephone messages; photographs, charts or other visual materials; compilations of data or information; plans, drawings, specifications; test results; or other materials from which data or other information can be obtained.  The term "document" also includes any non-identical copies, a draft of any of the foregoing, in addition to the original document, in which copies and drafts include writings, notations, corrections or markings peculiar to such copy or draft.  The term "Document(s)" also specifically includes "Electronic Data."

      4.      The term "Electronic Data" is used in the broadest sense possible and shall include the original file, or identical copy if original is not available, and any non-identical draft or copy of the file (in which the copy includes any writings, notations, corrections or markings peculiar to such copy or draft) of any kind stored by any means, which includes, without limitation, mechanical, electronic, magnetic, and/or digital media.  Electronic Data includes, without limitation, computer programs, electronic mail, word processing documents, spreadsheets, charts, graphs, databases, photographs, operating systems, and source code for any and all file types regardless of the media type and regardless of whether the files are active, deleted, and/or partial or fragments of files.  Electronic Data consists of any and all files stored on any media type including, without limitation, computer RAM memory, hard drives, floppy disks, CD-ROMS, DVD's, zip drive disks, jazz drive cartridges, magnetic tapes, and/or any other media used for file storage and/or transfer.

      5.      "Identify" when used in reference to:

      a.      a document, means to state the date of authorship or origination, the identity of the author or originator, the identity of each person to whom the original or copy was addressed or delivered or who otherwise received a copy of the document, the nature of the document (e.g., letter, invoice, etc.), and the present location and custodian of the document.  If any such document was, but no longer is in plaintiff's possession or custody, or subject to plaintiff's control, state the disposition of such document, the date thereof, the identity of the person responsible for making the decision with respect to disposition, the identity of the person who carried out such disposition, the reason for the disposition, the content of the document and the location of any copies of the document;

      b.      an oral communication means to state the date, time, and place of communication, the persons making and receiving the communication, the subject matter of the communication, and the identity of all documents memorializing the communication;

      c.      a natural person means to state such person's full name, such person's present or last known business address, such person's present or last known residential address, and such person's specific knowledge relating the facts of the case; and,

      d.      an organization or legal entity other than a natural person means to state the full name of the organization and the type of organization; the date and

state of organization or incorporation; the organization's principal place of business; the purpose for which the business was organized; and, the identities of the organization's principals, officers, directors, members, or partners and their respective positions within the organization.

6. "Person(s)" means any natural person, corporation, partnership, sole proprietorship, joint venture, association, firm or other business enterprise or legal entity and shall include both the singular and plural.

7. "Relating to" or "related to" means, without limitation, pertaining to, constituting, containing, showing, reflecting, discussing, concerning, commenting upon, mentioning, evidencing, quoting, describing, referencing, studying, in any way, whether directly or indirectly.

8. Words in the singular shall include the plural thereof and vice versa. Words of masculine form shall also include the feminine gender thereof and vice versa. Words in the past tense shall also include its present tense and vice versa.

## REQUESTS FOR THE PRODUCTION OF DOCUMENTS

ALL OF THE FOREGOING INSTRUCTIONS AND DEFINITIONS ARE TO BE DEEMED INCLUDED WITHIN EACH OF THE REQUEST FOR THE PRODUCTION OF DOCUMENTS SET FORTH BELOW.

Please produce *true and complete* copies of the following (including copies of the front and back, if there is material that is written, printed, typed, or drawn on the back) without altering, re-creating, supplementing, or otherwise retroactively documenting these records after the date of Your receipt of this discovery.

1. **Tax Returns:** Copies of federal income tax returns for yourself individually AND for any entity in which You own any legal or equitable interest for the years 2018 through the latest return You have filed, including all schedules and exhibits. Include all United States gift tax returns filed by You since January 1, 2018 to the present.

**RESPONSE**:


2. **Financial Statements:** All financial statements prepared by You for yourself individually AND for any entity in which You own any legal or equitable interest from January 1, 2018 through the present date.

**RESPONSE**:


3. **Bank Accounts – Statements:** Copies of any and all bank statements for accounts in Your name individually AND in the name of any entity in which You own a legal or

4

equitable interest from January 1, 2018 to the present.

**RESPONSE**:


4.     **Bank Accounts – Checks**: Front and back copies of any checks, drafts, or money orders issued by You personally AND by any entity in which You own a legal or equitable interest from January 1, 2018 to the present.

**RESPONSE**:


5.     **Real Property Owned:** Each document which provides a description and/or value for each interest in real property owned by You (including but not limited to deeds, notes, deeds of trust, insurance policies, closing statements, *ad valorem* tax statements, and appraisals) from January 1, 2018 to the present, regardless of whether or not such property is still titled in Your name as of this date.

**RESPONSE**:


6.     **Real Property Owned by Entities in Which You Have an Interest:** Each document which provides a description and/or value for each interest in real property owned by entities in which You have a legal or equitable interest (including but not limited to deeds, notes, deeds of trust, insurance policies, closing statements, *ad valorem* tax statements, and appraisals) from January 1, 2018 to the present, regardless of whether or not such property is still titled in Your name as of this date.

**RESPONSE**:


7.     **Partnership Interests:** All joint venture agreements, general partnership agreements, limited partnership agreements, certificates of limited partnership. and other documentary evidence of any form of partnership agreement(s) entered into by You.

**RESPONSE**:


8.     **Transfers of Real Property by You:** Copies of all documents pertaining to the sale or transfer of any of Your real property to third parties since January 1, 2018, such documents to include without limitation contracts, agreements, deeds, promissory notes, deeds of trust, modifications, extensions, work orders, invoices, receipts, checks and other documents.

**RESPONSE**:

9. **Transfers of Real Property by Entities in Which You Have an Interest:** Copies of all documents pertaining to the sale or transfer of any of real property by any entity in which You have a legal or equitable interest to third parties since January 1, 2018, such documents to include without limitation contracts, agreements, deeds, promissory notes, deeds of trust, modifications, extensions, work orders, invoices, receipts, checks and other documents.

**RESPONSE**:

10. **Leases and Executory Contracts:** Produce any leases, residential or commercial, and executory contracts in which You have an interest.

**RESPONSE**:

11. **Litigation:** Produce all documents which refer or relate to other lawsuits in which You are presently involved or have been involved in within the last three years, including any unsatisfied judgments in which You are the judgment creditor; any other unsatisfied judgments against You or for which You are liable; and any filing in bankruptcy by You.

**RESPONSE**:

12. **Non-Realty Owned:** Each document which provides or reflects a title, description, and/or value for each interest in non-real property owned by You (including but not limited to title certificates, registrations, insurance policies, receipts, and appraisals) from January 1, 2018 to the present, regardless of whether or not such property is still titled in Your name as of this date. This shall include all documents which provide a description of the following items owned by You since January 1, 2018, including the present value of the item and the amount of the indebtedness outstanding against the item:

(a) stocks, bonds, or other securities, including the name and address of the corporation in which the equity or shares are owned, and dividends paid or payable to You within the last three years;

(b) mortgages or liens on real or personal property;

(c) promissory notes, drafts, bills of exchange, or other commercial paper;

(d) judgments;

(e) savings bonds or other government-issued bonds or treasury bills;

(f) any interests in oil, gas, or mineral leases;

(g) certificates of deposit, letters of credit, money orders, cashier´s checks,

        travelers checks bank deposits, escrow funds, safety deposit boxes, savings accounts, or accounts at any financial institution or organization;

(h)    keogh plans, individual retirement accounts, profit sharing plans, deferred compensation plans, pension plans, prepaid funeral plans, retirement benefits, or other retirement plans;

(i)    leases, life estates, remainder interests, or other interests in real property; and

(j)    patents, copyrights, trademarks, franchises, and other licenses.

**RESPONSE**:

13.    **Transfers of Non-Realty:** Copies of all documents pertaining to the sale or transfer of any of Your non-real property to third parties since January 1, 2018, such documents to include without limitation assignments, transfer documents, bills of sale, and the like.

**RESPONSE**:

14.    **Transfers of Non-Realty by Entities in Which You Have an Interest:** Copies of all documents pertaining to the sale or transfer of any of any non-real property by any entity in which You own a legal or equitable interest to third parties since January 1, 2018, such documents to include without limitation assignments, transfer documents, bills of sale, and the like.

**RESPONSE**:

15.    **Communications Relating to Transfers:** Copies of all communications, correspondence, email, or memoranda sent, received, or exchanged by You pertaining to the transfer by (a) You of any real or personal property to third parties since January 1, 2018; and (b) any entity in which You own a legal or equitable interest to third parties since January 1, 2018.

**RESPONSE**:

16.    **Accounts Receivable:** Any promissory note, judgment, or statement of account(s) receivable evidencing any debts owed to You personally AND for any debts owed to any entity in which You have a legal or equitable interest.

**RESPONSE**:

17. **Ownership interests in business entities:** Please furnish documentary evidence of Your ownership interest in all business entities in which You have a legal or equitable interest, including but not limited to any limited liability company, corporation, trust, general partnership, limited partnership, or other entity, including any "dba," in which You own or claim, or have owned or claimed, any interest from January 1, 2018 to the present.

**RESPONSE**:

18. **Ownership interests in non-business entities:** Please furnish documentary evidence of Your ownership in all non-business entities (e.g., living trusts, testamentary trusts, non-profit organizations, and the like) in which You have a legal or equitable interest.

**RESPONSE**:

19. **Trustorships and Trusteeships:** Please furnish documentary evidence of Your role in any entity in which You serve as trustor and/or trustee, including but not limited to (1) the trust agreement for such entity; (2) copies of the deeds to any real property held by the trust; and (3) any inventory or written record of any non-real property held by the trust.

**RESPONSE**:

20. **Professional licenses:** As to all professional licenses You may possess, furnish: (a) copy of license; (b) copies of any reprimands, suspensions, revocations, or any other similar action that may have been taken against You; and (c) an explanation of the outcome of any such action.

**RESPONSE**:

21. **Litigation:** Copies of all case numbers, pleadings, motions, orders, exhibits, and judgments that may exist in:

    (a)    current cases in litigation in which You or Your firm are a party;

    (b)    past litigated cases in which You or Your firm were a party for the past 5 years, including copies of all judgments that may have been rendered against You or Your firm within the last 5 years.

**RESPONSE**:

22. **DBA Certificate(s):** Please furnish a copy of any DBA (i.e., "doing business as") certificates that are or have been registered to Your name or the name of any entity in

which You have a legal or equitable interest.

**RESPONSE**:


23. **Company and Corporate Documents:** Please furnish all certificates of formation, articles of incorporation or organization, partnership agreements (general or limited), or joint venture agreements that form the basis of any entity in which You now claim or have claimed any legal or equitable interest from January 1, 2018 to the present date.

**RESPONSE**:


24. **Records Pertaining to Real Estate Owned:** Please furnish all records pertaining to all real estate (including oil, gas, and other minerals) in which You rent, own or claim, or have rented, owned or claimed, any interest since January 1, 2018, including but not limited to any and all deeds, mortgages, deeds of trust, liens, leases, promissory notes, surveys, and settlement statements of purchasers or sellers, together with any evidence showing monthly payments and present outstanding balance of principal and interest, including but not limited to the property the subject of this litigation as defined hereinabove.

**RESPONSE**:


25. **Loan Application Documents:** Please furnish copies of any and all, loan applications, personal financial statements profit and loss statements, cash flow projections, business models, and/or records containing financial information of any nature that have been prepared by You or any other person for You or for any other entity in which Your ownership percentage exceeds 25% and that have then been submitted to banks or other lenders in order to seek financing from January 1, 2018 to the present.

**RESPONSE**:


           **Bardsley, Benedict + Cholden, LLP**

By: *Sean Ryan*
      Sean C. Ryan, Esquire
      Attorneys for Plaintiff

9

*Bardsley, Benedict + Cholden, LLP*
By:   Steven G. Bardsley, Esquire – Attorney ID No. 69768
      Sean C. Ryan, Esquire – Attorney ID No. 209991
10 Valley Stream Parkway
Suite 201
Malvern, PA 19355
Telephone:   (215) 977-4133
Fax:         (866) 368-5234
E-Mail:      sbardsley@bbclawfirm.com
             sryan@bbclawfirm.com
Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| DAS ARCHITECTS, INC., Plaintiff | : | No. 2:20-cv-01276-GJP |
|---|---|---|
| vs. | : | |
| CHRIS RAHN and CHRISTINE PASIEKA, Defendants | : | |

**CERTIFICATE OF SERVICE**

 I, Sean C. Ryan, Esquire, counsel for Plaintiff, certify that a true and correct copy of the foregoing Plaintiff DAS Architects, Inc.'s Request For Production Of Documents For Discovery Of Assets In Aid Of Execution Directed At Defendant Chris Rahn was served by electronic mail to the following.

Jon Taylor, Esquire
The Law Offices of Jon Taylor, Esquire, P.C
1617 John F. Kennedy Boulevard
Suite 1838
Philadelphia, PA 19103

                              **Bardsley, Benedict + Cholden, LLP**

                        By:   */s/ Sean Ryan*
                              Sean C. Ryan, Esquire