IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAS ARCHITECTS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRIS RAHN and CHRISTINE PASIEKA | : | NO.  20-1276 |

## **ORDER**

AND NOW, this 30th day of October 2020, upon consideration of Plaintiff's motion to enforce settlement and for entry of judgment (Doc. 19), Defendants' response thereto (Doc. 21), and Plaintiff's reply, in which Plaintiff also seeks discovery in aid of execution on an expedited basis (Doc. 22),  IT IS HEREBY ORDERED that the motion is GRANTED IN PART AND DENIED IN PART, WITHOUT PREJUDICE.  The motion is GRANTED to the extent that the Revised Settlement Agreement is hereby enforced, Defendants are found in breach of their payment obligations under the Revised Settlement Agreement, and Defendants ordered, jointly and severally, to pay to Plaintiff:

1. The settlement amount due under the Revised Settlement Agreement, $350,000, due immediately;

2. Prejudgment interest in the amount of $1,947.93, due immediately; and

3. Post-judgment interest on the principal amount due at $57.53 per day (simple interest at 6% per annum on $350,000.00) until paid in full.

The motion is DENIED WITHOUT PREJUDICE as to reasonable fees and costs, including attorney's fees, under the Revised Settlement Agreement.  Plaintiff's attorneys shall file a motion for fees and costs within thirty days of the date of this Order.

IT IS FURTHER ORDERED that discovery in aid of execution shall be conducted on an expedited basis.  Defendants must respond to Plaintiff's interrogatories and requests for production of documents within fifteen days of the entry of Judgment, and submit to depositions within thirty days of entry of Judgment, if deemed necessary.

BY THE COURT:

/s/ ELIZABETH T. HEY

ELIZABETH T. HEY, U.S.M.J.