IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAS ARCHITECTS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHRIS RAHN and CHRISTINE PASIEKA | : | NO.  20-1276 |

## **ORDER**

AND NOW, this 15th day of April 2021, upon consideration of Plaintiff's motion for attorney fees and costs (Doc. 36), Defendants' response (Doc. 44), the response of intervenor Jon Taylor, Esquire (Doc. 43-1), and Plaintiff's reply (Doc. 46), IT IS HEREBY ORDERED that the motion is GRANTED IN PART AND DENIED IN PART.

The motion is GRANTED against Defendants as to fees incurred for the period from September 9, 2020, to January 2021 in the amount of $117,570.62, and as to fees for preparation of the reply brief in the amount of $1,950.00.  As a result, Plaintiff is awarded $119,520.62 from Defendants.

The motion is DENIED in all other respects.


BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, U.S.M.J.